```
          IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION


JEFFERY NEWTON                                      PLAINTIFF


VS.                       CIVIL ACTION NO. 5:21-cv-13-DCB-LGI


SULLIVAN'S GROCERY                                  DEFENDANT
```

FINAL JUDGMENT

This cause having come before the Court on Defendant's Motion for Summary Judgment [ECF No. 30], and the Court, having granted the Motion in accordance with Federal Rule of Civil Procedure 56, thereby denying Plaintiff's claims:

ACCORDINGLY,

IT IS HEREBY ORDERED AND ADJUDGED that final judgment in favor of Defendant is entered pursuant to Federal Rule of Civil Procedure 58.

SO ORDERED AND ADJUDGED this the 8th day of November 2022.

          /s/   David Bramlette
          UNITED STATES DISTRICT JUDGE